UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NUMBER:   4:90CV-154

| | |
|---|---|
| JANET ASHMORE, ET AL. | PLAINTIFFS |
| V. | |
| COSTAIN GROUP PLC, ET AL. | DEFENDANTS |

## ORDER

No objection having been filed, IT IS HEREBY ORDERED that sealed deposition number 119 in the above-referenced case, which is in the custody of the Clerk of Court, be unsealed and submitted to the Federal Records Center.

IT IS SO ORDERED this the 21st day of June, 2007.

E. ROBERT GOEBEL
United States Magistrate Judge

Copies To: Counsel of Record